# EXHIBIT A

| Date | Bill# | Tmkp | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/05/08 | 39046 | JHC | 0.5 | 245 | 122.50 | Communications with V. Church re R. Page. |
| 08/06/08 | 39046 | JHC | 0.5 | 245 | 122.50 | Communications with V. Church re [redacted], and lawsuit; communications with D. Turissini re lawsuit; review summonses and complaint. |
| 08/07/08 | 39046 | JHC | 0.5 | 245 | 122.50 | Communications with V. Church and D. Turissini re new lawsuit; communication with J. Spears re coverage; prepare notice of appearance; prepare litigation notebook. |
| 08/08/08 | 39046 | JHC | 0.1 | 245 | 24.50 | Communications with J. Spears. |
| 08/12/08 | 39046 | JHC | 1.0 | 245 | 245.00 | Prepare joint representation letter; communication with D. Turissini and V. Church re same; prepare task list; calendar deadlines. |
| 08/14/08 | 39046 | JHC | 0.3 | 245 | 73.50 | Communications with D. Turissini re joint representation letter and service. |
| 08/15/08 | 39046 | JHC | 0.1 | 245 | 24.50 | Communications with D. Turissini re service. |
| 08/18/08 | 39046 | JHC | 0.3 | 245 | 73.50 | Communications with V. Church re joint representation and benefits issues; communications with D. Turissini. |
| 08/25/08 | 39046 | JHC | 0.5 | 245 | 122.50 | Communications with V. Church re [redacted]; review notice of appearance from M. Hayes; communications with R. Younker re employment status matters. |
| 08/27/08 | 39046 | JHC | 1.0 | 245 | 245.00 | Communications with R. Younker re R. Page employment status; communications with V. Church re same; communication with J. Hayes re coordinating defense. |
| 08/28/08 | 39046 | JHC | 2.5 | 245 | 612.50 | Prepare answer; research and analysis for same; communications with V. Church and D. Turissini re various issues; communications with J. Spears re Lawrence's request for policy; prepare joint defense agreement. |
| 08/29/08 | 39046 | JHC | 0.2 | 245 | 49.00 | Communications with J. Spears re insurance policy; review motion for court appointed counsel. |
| 08/31/08 | 39046 | JHC | 0.1 | 245 | 24.50 | Prepare email to J Hayes. |
| 09/02/08 | 39503 | JHC | 0.5 | 245 | 122.50 | Communications with V. Church and D. Turissini re answer, Page's employment status, and other issues. |
| 09/03/08 | 39503 | JHC | 3.0 | 245 | 735.00 | [Redacted]; communications with V. Church re same and related issues; prepare, finalize, and submit answer. |
| 09/05/08 | 39503 | JHC | 0.2 | 245 | 49.00 | Review email from V. Church and attached letter to R. Page re COBRA. |
| 09/09/08 | 39503 | MLM | 0.5 | 230 | 115.00 | Review Page complaint for ADA violations. |
| 09/10/08 | 39503 | MLM | 0.7 | 230 | 161.00 | Research ADA issues and pro se representation request; draft email to John Chun summarizing legal issues. |
| 09/11/08 | 39503 | JHC | 1.0 | 245 | 245.00 | Analyze issues re motion for appointment of counsel; communications with V. Church and M. Mitchell re same; prepare response to application; analyze potential for motion to dismiss; communications with V. Church re [redacted]. |
| 09/11/08 | 39503 | MLM | 0.3 | 230 | 69.00 | Confer with J. Chun regarding response to motion for pro bono counsel; confer with J. Chun regarding preparation of a motion to dismiss on the pleadings. |
| 09/12/08 | 39503 | JHC | 0.5 | 245 | 122.50 | Communications with J. Spears re defense counsel guidelines and reporting; prepare defense plan. |
| 09/15/08 | 39503 | JHC | 0.5 | 245 | 122.50 | Communications with V. Church re [redacted]; research and analysis re same; communication with K. Anger re fitness for duty issues. |
| 09/16/08 | 39503 | JHC | 0.2 | 245 | 49.00 | Communications with M. Pujolar re Page's comments re default. |
| 09/17/08 | 39503 | MLM | 2.1 | 230 | 483.00 | Legal research and drafting for motion to dismiss. |
| 09/18/08 | 39503 | JHC | 0.5 | 245 | 122.50 | Communications with M. Mitchell re motion to dismiss; communications with V. Church re status of case. |
| 09/18/08 | 39503 | MLM | 0.3 | 230 | 69.00 | Confer with J. Chun on strategy and insufficient service of process. |
| 09/19/08 | 39503 | JHC | 0.2 | 245 | 49.00 | Communications with V. Church re E. Lawrence's communications with Dr. Ekemo. |
| 09/19/08 | 39503 | MLM | 0.9 | 230 | 207.00 | Legal research on timing of motion to dismiss for insufficient process and waiver of service-related defenses. |
| 09/23/08 | 39503 | MLM | 0.6 | 230 | 138.00 | Follow up research on waiver of insufficiency of process defense. |
| 09/23/08 | 39503 | JHC | 0.5 | 245 | 122.50 | Analysis of potential motion(s) to dismiss; communication with M. Mitchell re same. |
| 09/30/08 | 39503 | JHC | 0.2 | 245 | 49.00 | Review E. Lawrence's answer; review order from court denying motion for appointment of counsel; communications with client re same. |

6

| Date | Matter | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/01/08 | 39813 | JHC | 1.0 | 245 | 245.00 | Prepare report to J. Spears; communications with M. Mitchell re ways to dispose of plaintiff's claims. |
| 10/02/08 | 39813 | JHC | 0.2 | 245 | 49.00 | Communication with M. Pujolar re motion to dismiss; communication with V. Church; prepare email to J. Spears. |
| 10/03/08 | 39813 | JHC | 0.5 | 245 | 122.50 | Review R. Page's default motion; communications with J. Spears, V. Turissini, and V. Church re same; review letter from Dr Tapper. |
| 10/06/08 | 39813 | JHC | 0.1 | 245 | 24.50 | Communication with M. Pujolar re Page's motion for default. |
| 10/07/08 | 39813 | JHC | 1.5 | 245 | 367.50 | Prepare joint defense agreement; prepare email to D. Turissini and V. Church re same; communications with R. Page, M. Pujolar, V. Church, and D. Turissini re Rule 26(f) conference; prepare initial disclosures. |
| 10/08/08 | 39813 | JHC | 1.0 | 245 | 245.00 | Communications with V. Church re JDA and pretrial conference; prepare email to M. Pujolar re JDA; prepare joint status report; review Page's motion for injunction. |
| 10/08/08 | 39813 | MLM | 0.4 | 230 | 92.00 | Review motion for default and motion for injunctive relief filed by plaintiff. |
| 10/09/08 | 39813 | MLM | 0.2 | 230 | 46.00 | Review case scheduling order and upcoming deadlines; confer with J. Chun regarding response to Page request for injunctive relief and motion for default. |
| 10/09/08 | 39813 | JHC | 0.5 | 245 | 122.50 | Review R. Page's motions; communications with M. Mitchell and M. Pujolar re same. |
| 10/10/08 | 39813 | JHC | 0.2 | 245 | 49.00 | Prepare email to R. Page re COBRA issue; communication with M. Pujolar re JDA. |
| 10/13/08 | 39813 | MLM | 0.8 | 230 | 184.00 | Review Eileen Lawrence's opposition to plaintiff's motion for default; conference with J. Chun regarding response to motion for temporary restraining order and Lawrence response brief. |
| 10/13/08 | 39813 | JHC | 0.2 | 245 | 49.00 | Review Lawrence's opposition to default motion; communication with D. Turissini and V. Church re same. |
| 10/14/08 | 39813 | JHC | 0.2 | 245 | 49.00 | Teleconference with M. Pujolar re JDA, default motion, and motion for injunction. |
| 10/15/08 | 39813 | JHC | 1.0 | 245 | 245.00 | Prepare preliminary response to motion for injunctive relief; analysis of sanctions issues; communications with M. Mitchell re same. |
| 10/19/08 | 39813 | JHC | 0.2 | 245 | 49.00 | Prepare opposition to motion for injunction; communications with M. Pujolar re same; review court order re noting of motion. |
| 10/18/08 | 39813 | JHC | 0.5 | 245 | 122.50 | Prepare for status conference; communication with M. Pujolar re same. |
| 10/20/08 | 39813 | JHC | 1.0 | 245 | 245.00 | Prepare for status conference; communications with J. Hayes re same; status conference with R. Page and J. Hayes; prepare joint status report. |
| 10/21/08 | 39813 | JHC | 0.7 | 245 | 171.50 | Prepare joint status report and discovery plan; communication with D. Turissini and V. Church re same. |
| 10/21/08 | 39813 | MLM | 2.0 | 230 | 460.00 | Draft response to motion for preliminary injunction and temporary restraining order. |
| 10/22/08 | 39813 | MLM | 0.5 | 230 | 115.00 | Review status and content of joint status report; review and revise draft opposition brief to Page's preliminary injunction motion; legal research on TRO. |
| 10/22/08 | 39813 | JHC | 1.5 | 245 | 367.50 | Review E. Lawrence first set of written discovery to R. Page; communications with v. Church re same; prepare joint status report; communications with V. Church and D. Turissini re same; communications with J. Hayes and M. Pujolar re same; review additional pleadings submitted by R. Page re default motion; prepare opposition to motion for injunction; communications with V. Church and M. Mitchell re same. |
| 10/23/08 | 39813 | MLM | 0.5 | 230 | 115.00 | Review draft opposition to motion for TRO; review Lawrence reply brief regarding CR 11; draft proposed order and declaration of Van Church. |
| 10/23/08 | 39813 | JHC | 4.5 | 245 | 1,102.50 | Communication with M. Pujolar re JSR; prepare opposition to motion for injunction; analysis for same; communications with V. Church re status of case and other issues; prepare initial disclosures; communication with V. Church and D. Turissini re same; review E. Lawrence's reply in support of Rule 11 sanctions. |
| 10/24/08 | 39813 | JHC | 2.5 | 245 | 612.50 | Prepare initial disclosures; communications with V. Church and D. Turissini re same; review file for same; arrange for service and filing of brief in opposition to motion for injunction. |

| Date | Matter | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/27/08 | 39813 | JHC | 1.5 | 245 | 367.50 | Prepare initial disclosures; communications with V. Church, D. Turissini, and M. Pujolar re same; forward same to R. Page; prepare joint status report and discovery plan; communication with R. Page re same; review E. Lawrence's initial disclosures; review E. Lawrence's opposition to motion for injunction; review R. Page's brief in response to E. Lawrence's motion for sanctions. |
| 10/28/08 | 39813 | JHC | 0.1 | 245 | 24.50 | Communication with R. Page re JSR; communication with V. Church re R. Page's argument re service. |
| 10/30/08 | 39813 | MLM | 0.3 | 230 | 69.00 | Review response from Ray Page on motion for TRO and other court filings. |
| 10/30/08 | 39813 | JHC | 0.5 | 245 | 122.50 | Review Page's reply in support of motion for injunction; review minute order setting trial schedule and letter from court; review order on default motion and motion for sanctions; review Page's initial disclosures. |
| 10/31/08 | 39813 | JHC | 0.1 | 245 | 24.50 | Communications with J. Spears re litigation plan; communications with V. Church re various litigation issues. |
| 11/06/08 | 40164 | JHC | 0.2 | 245 | 49.00 | Review order denying Page's motion for injunction; communications with V. Church, D. Turissini, and J. Spears re same; prepare motion to dismiss; communications with M. Mitchell re same. |
| 11/08/08 | 40164 | MLM | 3.8 | 230 | 874.00 | Prepare motion to dismiss for insufficiency of service, proposed order and declarations of Van Church and David Turissini. |
| 11/11/08 | 40164 | MLM | 0.8 | 230 | 184.00 | Continue preparing draft motion to dismiss and declarations. |
| 11/11/08 | 40164 | JHC | 1.0 | 245 | 245.00 | Review and revise motion to dismiss. |
| 11/13/08 | 40164 | JHC | 0.2 | 245 | 49.00 | Communications with M. Mitchell re motion to dismiss. |
| 11/13/08 | 40164 | MLM | 0.9 | 230 | 207.00 | Revise and finalize motion to dismiss and declarations of Van Church, David Turissini, and John Chun. |
| 11/17/08 | 40164 | MLM | 0.2 | 230 | 46.00 | Finalize pleadings; coordinate filing and service of motion to dismiss. |
| 11/17/08 | 40164 | JHC | 0.2 | 245 | 49.00 | Communications with D. Turissini, V. Church, and M. Mitchell re Page resignation and motion to dismiss. |
| 11/18/08 | 40164 | JHC | 0.1 | 245 | 24.50 | Communication with V. Church re Page's response to discovery. |
| 11/19/08 | 40164 | JHC | 0.1 | 245 | 24.50 | Communication with D. Turissini and V. Church re Page resignation issues. |
| 11/25/08 | 40164 | JHC | 0.2 | 245 | 49.00 | Communications with V. Church re letter to R. Page. |
| 12/08/08 | 40533 | JHC | 1.0 | 245 | 245.00 | Review Page's opposition to motion to dismiss; communications with V. Church and M. Mitchell re same; prepare reply to same. |
| 12/10/08 | 40533 | MLM | 4.5 | 230 | 1,035.00 | Legal research on good cause cases cited by Page; prepare draft reply brief in support of motion to dismiss. |
| 12/10/08 | 40533 | JHC | 0.5 | 245 | 122.50 | Analysis re motion to dismiss; communications with M. Mitchell re same; communication with D. Turissini re same and case overall. |
| 12/11/08 | 40533 | JHC | 0.5 | 245 | 122.50 | Review and revise reply brief in support of motion to dismiss; communications with M. Mitchell re same. |
| 12/11/08 | 40533 | MLM | 1.6 | 230 | 368.00 | Review J. Chun comments on reply brief; review and revise reply brief. |
| 12/12/08 | 40533 | JHC | 0.2 | 245 | 49.00 | Communications with D. Turissini, V. Church, and M. Mitchell re reply in support of motion to dismiss. |
| 12/12/08 | 40533 | MLM | 0.2 | 230 | 46.00 | Review and finalize reply brief for filing. |
| 12/16/08 | 40533 | JHC | 0.2 | 245 | 49.00 | Review court's order granting Page 20 days to serve; communications with V. Church and D. Turissini re same. |
| 12/22/08 | 40533 | JHC | 0.2 | 245 | 49.00 | Communications with M. Pujolar, D. Turissini, and V. Church re motion for summary judgment. |
| 12/29/08 | 40533 | JHC | 1.0 | 245 | 245.00 | Review E. Lawrence's motion for summary judgment; prepare pretrial motion strategy. |
| 12/30/08 | 40533 | MLM | 0.5 | 230 | 115.00 | Review fax from JTA regarding service; communications regarding service of complaint on JTA and David Turissini; legal research to confirm requirements for service. |
| 12/30/08 | 40533 | JHC | 0.5 | 245 | 122.50 | Review summonses; communications with R. Katz, D. Turissini, and M. Mitchell re same. |
| 12/31/08 | 40533 | JHC | 0.2 | 245 | 49.00 | Communications with M. Mitchell re motion to dismiss re Turissini. |
| 01/05/09 | 41010 | JHC | 0.2 | 245 | 49.00 | Review proof of service from R. Page; prepare motion to dismiss re Turissini; communications with D. Turissini and M. Mitchell and re same. |
| 01/05/09 | 41010 | MLM | 0.4 | 230 | 92.00 | Review faxed documents regarding service attempts on JTA and Mr. Turissini. |
| 01/06/09 | 41010 | MLM | 2.3 | 230 | 529.00 | Prepare motion to dismiss and supporting declaration of David Turissini. |
| 01/06/09 | 41010 | JHC | 1.5 | 245 | 367.50 | Prepare motion to dismiss case against D. Turissini; communications with M. Mitchell re same. |

8

| Date | Code | Atty | Hrs | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 01/07/09 | 41010 | JHC | 0.5 | 245 | 122.50 | Prepare motion to dismiss; communications with M. Mitchell re same. |
| 01/07/09 | 41010 | MLM | 0.2 | 230 | 46.00 | Finalize motion for dismissal for filing. |
| 01/08/09 | 41010 | JHC | 0.2 | 245 | 49.00 | Review E. Lawrence's motion to dismiss. |
| 01/14/09 | 41010 | JHC | 0.1 | 245 | 24.50 | Communication with M. Pujolar. |
| 01/15/09 | 41010 | JHC | 0.2 | 245 | 49.00 | Communications with V. Church re discovery; communication with M. Pujolar. |
| 01/16/09 | 41010 | JHC | 0.2 | 245 | 49.00 | Review papers re E. Lawrence's re-noted motion for summary judgment. |
| 01/23/09 | 41010 | MLM | 0.8 | 230 | 184.00 | Review response brief from Ray Page; review caselaw cited therein. |
| 01/23/09 | 41010 | JHC | 1.5 | 245 | 367.50 | Review R. Page's response to motion to dismiss re D. Turissini; communications with M. Mitchell re same; prepare responses to written discovery. |
| 01/26/09 | 41010 | MLM | 1.8 | 230 | 414.00 | Prepare draft reply in support of Turissini motion to dismiss. |
| 01/26/09 | 41010 | JHC | 1.0 | 245 | 245.00 | Prepare responses to discovery requests; communications with V. Church re same and next steps in case; communications with M. Mitchell re reply in support of motion to dismiss claim against D. Turissini; communications with M. Mitchell re Rule 12(c) motion to dismiss. |
| 01/27/09 | 41010 | MLM | 0.5 | 230 | 115.00 | Finalize and file Reply in support of Turissini Motion to Dismiss. |
| 01/27/09 | 41010 | JHC | 1.5 | 245 | 367.50 | Communication with V. Church re case strategy; prepare discovery responses; communications with D. Turissini re motion to dismiss; review E. Lawrence's reply in support of motion to dismiss. |
| 01/28/09 | 41010 | JHC | 0.2 | 245 | 49.00 | Address discovery matters; communications with V. Church re same. |
| 01/29/09 | 41010 | JHC | 1.5 | 245 | 367.50 | Review E. Lawrence's supplemental brief in support of motion to dismiss; communications with V. Church and M. Pujolar re written discovery issue; review documents re Dr. Ekemo's report. |
| 02/03/09 | 41319 | JHC | 1.0 | 245 | 245.00 | Address written discovery matters; communications with V. Church re same; review order dismissing claims against D. Turissini; communications with D. Turissini, V. Church, J. Spears, and M Mitchell re same; analyze issues re potential motion to dismiss. |
| 02/04/09 | 41319 | JHC | 0.5 | 245 | 122.50 | Communications with V. Church and D. Turissini re dismissal of claim against Turissini and potential motion to dismiss; communications with M. Pujolar re order of dismissal; prepare strategy re summary judgment. |
| 02/04/09 | 41319 | MLM | 0.2 | 230 | 46.00 | Review order granting motion to dismiss. |
| 02/05/09 | 41319 | JHC | 3.0 | 245 | 735.00 | Prepare discovery responses and document production; review documents for same; communications with V. Church re same; prepare FOIA request. |
| 02/06/09 | 41319 | JHC | 4.5 | 245 | 1,102.50 | Prepare discovery responses and document production; review documents for same; communications with V. Church re same; prepare written discovery to R. Page; communication with V. Church re same; prepare letter to R. Page. |
| 02/09/09 | 41319 | JHC | 1.0 | 245 | 245.00 | Address discovery matters; communications with V. Church re same; prepare letter to R. Page; prepare discovery responses; prepare discovery requests. |
| 02/10/09 | 41319 | JHC | 0.4 | 245 | 98.00 | Communications with M. Pujolar, D. Turissini, and V. Church re service matters. |
| 02/11/09 | 41319 | JHC | 0.1 | 245 | 24.50 | Communication with V. Church. |
| 02/16/09 | 41319 | JHC | 0.2 | 245 | 49.00 | Communications with D. Turissini, V. Church, and M. Mitchell re service by R. Page. |
| 02/18/09 | 41319 | JHC | 0.5 | 245 | 122.50 | Review Page's motion for reconsideration; communications with D. Turissini, V. Church, and M. Pujolar re same. |
| 02/20/09 | 41319 | MLM | 0.3 | 230 | 69.00 | Review motion for reconsideration and supporting documents filed by Ray Page. |
| 02/24/09 | 41319 | JHC | 0.2 | 245 | 49.00 | Review court's order setting schedule on pending motions; communications with M. Mitchell re same. |
| 03/04/09 | 41631 | MLM | 0.5 | 230 | 115.00 | Work on response to Ray Page's motion to vacate. |
| 03/04/09 | 41631 | JHC | 0.2 | 245 | 49.00 | Review R. Page's amended opposition to Lawrence's motion for summary judgment; communications with M. Mitchell re opposition to Rule 60 motion. |
| 03/05/09 | 41631 | JHC | 0.1 | 245 | 24.50 | Communications with V. Church re M. Mitchell re response to motion to vacate. |
| 03/05/09 | 41631 | MLM | 1.0 | 230 | 230.00 | Draft brief in response to Ray Page's motion to vacate judgment. |
| 03/06/09 | 41631 | MLM | 0.3 | 230 | 69.00 | Finalize and file response to motion to vacate judgment. |

9

| Date | ID | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 03/06/09 | 41631 | JHC | 0.5 | 245 | 122.50 | Review and revise opposition to motion to vacate; communications with M. Mitchell re same; review Lawrence's response to motion for reconsideration. |
| 03/12/09 | 41631 | JHC | 1.0 | 245 | 245.00 | Review E. Lawrence's reply in support of motion for summary judgment; communications with D. Turissini and M. Pujolar re same; review R. Page's responses to discovery requests; prepare motion for summary judgment. |
| 03/13/09 | 41631 | JHC | 0.5 | 245 | 122.50 | Communications with D. Turissini re Page's motion to vacate and reply brief; prepare motion for summary judgment; communications with M. Mitchell re same. |
| 03/16/09 | 41631 | MLM | 0.5 | 230 | 115.00 | Legal research on summary judgment standards for civil rights claims; forward same to John Chun. |
| 03/16/09 | 41631 | JHC | 0.2 | 245 | 49.00 | Communications with V. Church and D. Turissini re pending issues in case. |
| 03/18/09 | 41631 | JHC | 0.5 | 245 | 122.50 | Review order on Lawrence's motion for summary judgment and Page's motion for reconsideration; communications with D. Turissini, V. Church, J. Spears, and M. Mitchell re same; prepare deposition and summary judgment plan and strategy. |
| 03/30/09 | 41631 | JHC | 0.1 | 245 | 24.50 | Communications with D. Turissini re settlement and deposition. |
| 03/31/09 | 41631 | JHC | 0.1 | 245 | 24.50 | Communication with EEOC re FOIA request. |
| 04/01/09 | 42020 | JHC | 0.2 | 245 | 49.00 | Communication with EEOC re FOIA request. |
| 04/01/09 | 42020 | JHC | 0.3 | 245 | 73.50 | Communications with D. Turissini re settlement issues; communications with M. Pujolar re same. |
| 04/07/09 | 42020 | JHC | 1.5 | 245 | 367.50 | Communications with EEOC re FOIA request; communications with M. Pujolar re settlement; review E. Lawrence's motion for fees and costs and supporting papers; communication with D. Turissini and V. Church re Page's deposition. |
| 04/09/09 | 42020 | JHC | 0.2 | 245 | 49.00 | Communications with D. Turissini and V. Church re Page deposition and Lawrence's motion for fees. |
| 04/13/09 | 42020 | JHC | 1.0 | 245 | 245.00 | Communications with EEOC re FOIA request; review R. Page's response to E. Lawrence's motion for fees and costs; communication with D. Turissini and V. Church; prepare email to R. Page; prepare deposition notice for R. Page; prepare letter to R. Page. |
| 04/14/09 | 42020 | JHC | 0.3 | 245 | 73.50 | Review E. Lawrence's reply brief in support of motion for fees and costs. |
| 04/15/09 | 42020 | JHC | 0.2 | 245 | 49.00 | Communications with R. Page, V. Church, and D. Turissini re deposition scheduling. |
| 04/16/09 | 42020 | JHC | 0.5 | 245 | 122.50 | Communications with R. Page and V. Church re deposition; prepare and send amended deposition notice; communications with J. Fall at EEOC re FOIA and Section 83 requests. |
| 04/20/09 | 42020 | JHC | 0.5 | 245 | 122.50 | Review documents produced by EEOC in response to FOIA/Section 83 requests. |
| 04/22/09 | 42020 | JHC | 0.2 | 245 | 49.00 | Review order granting fees and costs to E. Lawrence. |
| 04/23/09 | 42020 | JHC | 1.8 | 245 | 441.00 | Prepare for Page deposition; legal research and document review for same; address document production issues; communication with J. Spears re fees award, case status, and settlement; communications with S. Mabee re legal research. |
| 04/23/09 | 42020 | SDM | 1.7 | 210 | 357.00 | Conferences with John Chun; legal research to assist preparing for Page deposition. |
| 04/24/09 | 42020 | SDM | 3.2 | 210 | 672.00 | Legal research in support of summary judgment motion. |
| 04/24/09 | 42020 | JHC | 0.5 | 245 | 122.50 | Communications with J. Spears, V. Church and J. Hayes; address settlement matters; communication with R. Page re settlement. |
| 04/26/09 | 42020 | SDM | 0.5 | 210 | 105.00 | Legal research. |
| 04/27/09 | 42020 | JHC | 2.0 | 245 | 490.00 | Prepare for deposition of R. Page; legal analysis, file review, and document review for same; prepare outline for same. |
| 04/27/09 | 42020 | SDM | 2.0 | 210 | 420.00 | Conference with John Chun; additional legal research and drafting motion. |
| 04/28/09 | 42020 | SDM | 2.0 | 210 | 420.00 | Continue drafting motion for summary judgment; conferences with John Chun. |
| 04/28/09 | 42020 | JHC | 2.5 | 245 | 612.50 | Prepare for Page deposition; prepare outline and review exhibits for same. |
| 04/29/09 | 42020 | SDM | 0.5 | 210 | 105.00 | Review 9th circuit and Supreme Court decisions. |

10

| Date | Tkpr | Init | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 04/29/09 | 42020 | JHC | 8.5 | 245 | 2,082.50 | Prepare for deposition of R. Page; communication with V. Church re same; communications with R. Page re same; depose R. Page; review notes from Page deposition; prepare motion for summary judgment. |
| 04/30/09 | 42020 | SDM | 0.8 | 210 | 157.50 | Review Pyett decision, conference with John Chun re legal issues and summary judgment motion. |
| 04/30/09 | 42020 | JHC | 1.0 | 245 | 245.00 | Communications with D. Turissini and V. Church re deposition of R. Page; prepare motion for summary judgment; communications with S. Mabee re same. |
| 05/01/09 | 42269 | JHC | 0.3 | 245 | 73.50 | Communications with S. Mabee re summary judgment motion; communications with court reporter. |
| 05/02/09 | 42269 | SDM | 1.0 | 210 | 210.00 | Continue drafting motion for summary judgment. |
| 05/04/09 | 42269 | JHC | 0.2 | 245 | 49.00 | Communications with V. Church re status of case. |
| 05/05/09 | 42269 | JHC | 0.2 | 245 | 49.00 | Communications with M. Pujolar re settlement and enforcement. |
| 05/07/09 | 42269 | SDM | 1.5 | 210 | 315.00 | Continue drafting motion for summary judgment; conference with J. Chun re strategy. |
| 05/07/09 | 42269 | JHC | 1.0 | 245 | 245.00 | Review R. Page's motion for reconsideration; communications with D. Turissini and V. Church re same; prepare Notice to court re same; communications with V. Church, D. Turissini, and R Page re settlement; communications with S. Mabee re motion for summary judgment. |
| 05/08/09 | 42269 | SDM | 1.5 | 210 | 315.00 | Review transcript in support of motion for summary judgment. |
| 05/11/09 | 42269 | SDM | 1.0 | 210 | 210.00 | Continue incorporating transcript into summary judgment brief; review facts supporting exhaustion argument. |
| 05/11/09 | 42269 | JHC | 0.4 | 245 | 98.00 | Review order re motion for reconsideration; communication with D. Turissini re same. |
| 05/12/09 | 42269 | SDM | 1.0 | 210 | 210.00 | Add factual arguments to motion for summary judgment. |
| 05/13/09 | 42269 | SDM | 2.0 | 210 | 420.00 | Further research on ADA retaliation and regarded as issues; prepare notes from transcript on alleged adverse actions; continue drafting motion for summary judgment; forward to J. Chun. |
| 05/13/09 | 42269 | JHC | 0.2 | 245 | 49.00 | Prepare motion for summary judgment. |
| 05/14/09 | 42269 | SDM | 1.5 | 210 | 315.00 | Edit motion for summary judgment; add adverse action analysis; check for ADA Amendments Act caselaw. |
| 05/18/09 | 42269 | SDM | 1.5 | 210 | 315.00 | Research and draft property and liberty due process section of summary judgment brief. |
| 05/18/09 | 42269 | JHC | 1.0 | 245 | 245.00 | Prepare motion for summary judgment; communication with S. Mabee re same. |
| 05/19/09 | 42269 | JHC | 2.5 | 245 | 612.50 | Prepare motion for summary judgment; analysis for same; communications with S. Mabee re same. |
| 05/19/09 | 42269 | JHC | 1.5 | 245 | 315.00 | Revise SJ motion per J. Chun; verify citations; clean-up draft. |
| 05/20/09 | 42269 | SDM | 4.0 | 210 | 840.00 | Incorporate J. Chun edits; further research on summary judgment standards; expand retaliation section. |
| 05/20/09 | 42269 | JHC | 0.5 | 245 | 122.50 | Prepare motion for summary judgment; communications with S. Mabee re same; communications with D. Turissini. |
| 05/21/09 | 42269 | SDM | 2.5 | 210 | 525.00 | Shorten length of brief; expand discrimination and retaliation sections; research EEOC filing requirements; return draft to J. Chun. |
| 05/26/09 | 42269 | SDM | 0.2 | 210 | 42.00 | Communications with J. Chun re strategy for summary judgment motion. |
| 05/26/09 | 42269 | JHC | 3.5 | 245 | 857.50 | Prepare motion for summary judgment; review file for same; communications with S. Mabee re same. |
| 05/27/09 | 42269 | JHC | 5.5 | 245 | 1,347.50 | Prepare motion for summary judgment; review file for same; communications with S. Mabee re same; review Lawrence's opposition to motion for reconsideration. |
| 05/27/09 | 42269 | SDM | 1.5 | 210 | 315.00 | Further revisions to the motion for summary judgment. |
| 05/28/09 | 42269 | JHC | 3.0 | 245 | 735.00 | Prepare motion for summary judgment; review file for same; communications with S. Mabee and D. Turissini re same. |
| 05/28/09 | 42269 | SDM | 1.0 | 210 | 210.00 | Prepare pleadings to accompany summary judgment motion; review for final editing. |
| 05/29/09 | 42269 | SDM | 0.5 | 210 | 105.00 | Check for new case law; discuss preparations for filing with J. Chun and A. Davis. |
| 05/29/09 | 42269 | JHC | 1.0 | 245 | 245.00 | Prepare motion for summary judgment; communications with S. Mabee, D. Turissini, and V. Church re same. |
| 06/01/09 | 42765 | JHC | 0.2 | 245 | 49.00 | Prepare motion for summary judgment; communications with D. Turissini, V. Church, and S. Mabee re same. |
| 06/01/09 | 42765 | SDM | 0.2 | 210 | 42.00 | Communications with A. Davis re assembly of summary judgment exhibits. |
| 06/02/09 | 42765 | JHC | 3.5 | 245 | 857.50 | Prepare motion for summary judgment; review file for same; communications with S. Mabee, V. Church, and D. Turissini re same. |

11

| Date | ID | Atty | Hrs | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 06/02/09 | 42765 | SDM | 4.1 | 210 | 861.00 | Draft pleadings; edit references to the record; identify, locate and review exhibits; communicate with J. Chun and A. Davis re exhibits and filing; make corrections to the pleadings. |
| 06/03/09 | 42765 | SDM | 2.6 | 210 | 546.00 | Incorporate edits into pleadings; communications with J. Chun and A. Davis re filing pleadings; communication with Mr. Church re declaration; final revisions to declarations and motion. |
| 06/03/09 | 42765 | JHC | 4.5 | 245 | 1,102.50 | Prepare motion for summary judgment; communications with S. Mabee and V. Church re same. |
| 06/04/09 | 42765 | JHC | 0.4 | 245 | 98.00 | Address matters re motion for summary judgment; communications with S. Mabee, V. Church, R. Page, and ABC Legal re same. |
| 06/11/09 | 42765 | JHC | 1.0 | 245 | 245.00 | Review order on motion for reconsideration; communications with R. Page, clients, and court reporter re transcript issue. |
| 06/12/09 | 42765 | JHC | 0.1 | 245 | 24.50 | Communication with R. Page. |
| 06/15/09 | 42765 | JHC | 0.2 | 245 | 49.00 | Communications with V. Church and court reporter. |
| 06/22/09 | 42765 | JHC | 2.5 | 245 | 612.50 | Review Page's opposition to motion for summary judgment; communications with S. Mabee, V. Church, and D. Turissini re same; prepare reply in support of motion for summary judgment. |
| 06/22/09 | 42765 | SDM | 2.5 | 210 | 525.00 | Review plaintiff's response to the motion for summary judgment; communicate with J. Chun; begin legal research and drafting response. |
| 06/23/09 | 42765 | JHC | 2.0 | 245 | 490.00 | Prepare reply in support of motion for summary judgment; communications with D. Turissini re same. |
| 06/23/09 | 42765 | SDM | 3.0 | 210 | 630.00 | Further communications with J. Chun; continue drafting response. |
| 06/24/09 | 42765 | SDM | 5.7 | 210 | 1,197.00 | Continue drafting response to Page brief; communicate with J. Chun. |
| 06/24/09 | 42765 | JHC | 2.0 | 245 | 490.00 | Prepare reply in support of motion for summary judgment; communications with S. Mabee and V. Church re same. |
| 06/25/09 | 42765 | JHC | 3.0 | 245 | 735.00 | Prepare reply in support of motion for summary judgment; communications with S. Mabee and V. Church re same. |
| 06/26/09 | 42765 | SDM | 6.4 | 210 | 1,344.00 | Review J. Chun edits; communicate with J. Chun; draft Pollack declaration; further drafting of response to Page brief. |
| 06/26/09 | 42765 | SDM | 2.0 | 210 | 420.00 | Revise Pollack declaration; communications with J. Chun and Mr. Pollack; final edits to reply brief; review case law; coordinate filing pleadings with L. Teves. |
| 06/26/09 | 42765 | JHC | 2.5 | 245 | 612.50 | Prepare reply in support of motion for summary judgment; communications with S. Mabee, D. Turissini, V. Church, and M. Pollack re same. |
| 06/27/09 | 42765 | JHC | 0.3 | 245 | 73.50 | Communications with V. Church re motion for summary judgment and potential request for fees and costs. |
| 07/06/09 | UNB | JHC | 0.5 | 245 | 122.50 | Communications with V. Church and D. Turissini re motion for summary judgment. |
| 07/09/09 | UNB | JHC | 0.2 | 245 | 49.00 | Review schedule and rules re settlement conference and mediation; prepare email to R. Page and clients re same; communications with V. Church re same. |
| 07/10/09 | UNB | JHC | 0.1 | 245 | 24.50 | Communications with V. Church re settlement. |
| 07/13/09 | UNB | JHC | 0.1 | 245 | 24.50 | Communications with D. Turissini re summary judgment motion. |
| 07/13/09 | UNB | JHC | 0.1 | 245 | 24.50 | Communications with D. Turissini re settlement matters. |
| 07/15/09 | UNB | JHC | 0.1 | 245 | 24.50 | Communication with D. Turissini re order granting motion for summary judgment. |
| 07/16/09 | UNB | JHC | 1.0 | 245 | 245.00 | Prepare email to R. Page; review order granting motion for summary judgment; communication with V. Church re same and motion for fees and costs; communications with D. Turissini re warning memo; revise same; review amended judgment in favor of E. Lawrence. |

12